ANERIO V. ALTMAN, Cal. Bar No. 228445
LAKE FOREST BANKRUPTCY
26632 Towne Centre Drive #300
Foothill Ranch, CA 92610
Telephone:  949-218-2002
Facsimile:  949-218-2002
avaesq@lakeforestbkoffice.com
Bankruptcy Counsel for
Chapter 7 Trustee
Jeffrey I. Golden

**FILED & ENTERED**

**JUN 26 2024**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No. 8:23-bk-11467-SC |
| INSHAD EGAP KALLER | Chapter 7 |
| | **ORDER ON CHAPTER 7 TRUSTEE'S MOTION FOR ORDER REQUIRING PERSONAL TESTIMONY AND PRODUCTION OF DOCUMENTS FROM MARK KALLER PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2004** |

///

///

///

-1-

On June 19, 2024, as Docket No. 23, Chapter 7 Trustee Jeff Golden filed a request for the Court to order an examination of Mark Kaller pursuant to Federal Rule of Bankruptcy Procedure 2004.

Based upon the moving papers, and good cause shown,

IT IS ORDERED,

1.     Mr. Kaller is to personally appear on July 12, 2024 at 26632 Towne Centre Drive #300, Foothill Ranch, CA 92610 at 9:00 A.M.

2.     Mr. Kaller is to produce those documents listed on Exhibit 3 to the Motion filed by the Trustee as Docket No. 23; and

3.     The Trustee is ordered to serve this order, a subpoena if applicable, and a copy of the Motion filed as Docket No. 23 upon Mr. Kaller within 72 hours of the entry of this order.

### 

Date: June 26, 2024

Scott C. Clarkson
United States Bankruptcy Judge

ORDER

-2-